<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1910**

---

DIANA JACKSON-SPELLS,

Plaintiff - Appellee,

versus

ERNEST P. FRANCIS, Esquire,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Andre M. Davis, District Judge.  (CA-99-330-AMD)

---

Submitted:  September 30, 1999      Decided:  October 6, 1999

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ernest Paul Francis, Appellant Pro Se.  Howard Robert Erwin, Jr., THE ERWIN LAW FIRM, Baltimore, Maryland; Clarence Paul Champion, III, Upper Marlboro, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ernest Paul Francis appeals from the district court's orders denying his motion for attorneys' fees and denying his motion to alter or amend judgment, Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jackson-Spells v. Francis, No. CA-99-330-AMD (D. Md. May 12, 1999 & June 7, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2